IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| DANIEL RAY BOWLING, SR. | § | 03-35677-H3-7 |
| TERRY LYNN BOWLING | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| | § | 11 U.S.C. §347(A) |
| DEBTOR(S) | § | |

The undersigned trustee reports

_X_  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

___  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United State Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:  March 23, 2010        /s/ Randy W. Williams
                              Randy W. Williams, Trustee
                              Three Allen Center
                              333 Clay Street, Suite 3300
                              Houston, TX  77002
                              (713) 654-8111
                              (713) 654-1871 Facsimile

502306 000009 HOUSTON 687311.1

**CERTIFICATE OF SERVICE**

      I certify that the Motion to Pay Funds into the Registry Under 11 U.S.C. §347(a) was served on the U.S. Trustee by first class U.S. Mail, postage prepaid, on this 23rd day of March, 2010, unless served by ECF at the time of electronic filing.


                                        /s/ Randy W. Williams
                                        Randy W. Williams

EXHIBIT "A"

PLEASE CHECK ONE:

 X    Small Dividends

___   Unclaimed Dividends

| Names and Address | Claim No. | Amount |
|---|---|---|
| Foley's<br>1110 Main Street<br>Houston, TX 77002 | 7 | $3.64 |
| Foley's<br>1110 Main Street<br>Houston, TX 77002 | 40 | $1.95 |
| Dillard National Bank<br>P.O. Box 52051<br>Phoenix, AZ 85072 | 42 | $2.06 |
| Schulenburg Glass<br>225 East Ave.<br>Schulenburg, TX 78956 | 47 | $1.58 |
| A-1 Shriner Fire & Safety<br>P.O. Box 1239<br>Shriner, TX 77984 | 48 | $1.03 |
| TOTAL | | $10.26 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| DANIEL RAY BOWLING, SR. | § | 03-35677-H3-7 |
| TERRY LYNN BOWLING | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| | § | 11 U.S.C. §347(A) |
| DEBTOR(S) | § | |

**ORDER**

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 USC §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED, that Randy W. Williams, Trustee is authorized to pay the funds in the amount of $10.26, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

Dated: _____

_____
Deputy Clerk

502306 000009 HOUSTON 687311.1