## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO.** |
| **DANIEL RAY BOWLING, SR.** | § | **03-35677-H3-7** |
| **TERRY LYNN BOWLING** | § | **Chapter 7** |
| | § | |
| | § | **MOTION TO PAY FUNDS INTO** |
| | § | **THE REGISTRY UNDER** |
| | § | **11 U.S.C. §347(A)** |
| **DEBTOR(S)** | § | |

The undersigned trustee reports

\_\_\_    The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United State Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:  August 12, 2011

/s/ Randy W. Williams
Randy W. Williams, Trustee
Three Allen Center
333 Clay Street, Suite 3300
Houston, TX  77002
(713) 654-8111
(713) 654-1871 Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I certify that the Motion to Pay Funds into the Registry Under 11 U.S.C. §347(a) was served on the U.S. Trustee by first class U.S. Mail, postage prepaid, on this ___12th day of August, 2011, unless served by ECF at the time of electronic filing.

/s/ Randy W. Williams
Randy W. Williams

EXHIBIT "A"

PLEASE CHECK ONE:

___      Small Dividends

__X__    Unclaimed Dividends

| Names and Address | Claim No. | Amount |
|---|---|---|
| Textron Financial Corporation<br>112 West Third St., 2nd Floor<br>Little Rock, AR 72201 | 1 | $256.40 |
| Brenham Wholesale Grocery Co., Inc.<br>P.O. Box 13<br>LaPorte, TX 77572 | 3 | $445.82 |
| C&J Inn<br>c/o Tri-State Outdoor Media<br>P.O. Box 905122<br>Charlotte, NC 28290 | 4 | $15.66 |
| Portfolio Financial Servicing Co.<br>7940 S.W. 154 Terrace<br>Miami, FL 33157 | 12 | $1,349.84 |
| Dillard National Bank<br>P.O. Box 520051<br>Phoenix, AZ 85072 | 41 | $8.86 |
| VF Leasing/ Petroleum Capital<br>15862 SW 72nd Ave., Suite 150<br>Portland, OR 97224 | 43 | $564.02 |
| SBC<br>50 Airport Parkway, Suite 100<br>San Jose, CA 95110 | 54 | $5.57 |
| Total | | $2,646.17 |